**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00562-CR

### TODD ALLEN REICH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80306-2013**

## ORDER

The Court **REINSTATES** the appeal.

On October 21, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 26, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 21, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    ADA BROWN
         JUSTICE